UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL SAMPSON | § | |
| | § | CIVIL ACTION NO. 4:25-cv-00309 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| HARWIN PARTNERS, LTD. | § | |
| | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: April 28, 2025                    Respectfully submitted,

                                          LAW OFFICES OF R. BRUCE THARPE
                                          PO Box 101
                                          Olmito, Texas 78575
                                          (956) 255-5111
                                          (866) 599-2596 - Fax

                              BY:    */S/   R. Bruce Tharpe*
                                          R. Bruce Tharpe
                                          Texas State Bar ID No. 19823800
                                          Federal Bar ID 13098
                                          PLAINTIFF'S COUNSEL

## CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Southern District of Texas ECF system on April 28, 2025.

                                          */s/ R. Bruce Tharpe*
                                          R. Bruce Tharpe

1