United States District Court
Southern District of Texas
**ENTERED**
June 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL SAMPSON | § | |
| Plaintiff | § § § | |
| v. | § § | CASE NO. 4:25-CV-00309 |
| HARWIN PARTNERS, L.P. | § § § | |
| Defendants | § | |

## ORDER GRANTING
## JOINT MOTION TO DISMISS WITH PREJUDICE

The Joint Motion to Dismiss with Prejudice filed by Paul Sampson, Plaintiff and Harwin Partners, L.P., Defendant is GRANTED. All claims and causes of action of the parties are DISMISSED WITH PREJUDICE. Each party shall bear its own costs. The initial scheduling conference set for June 20, 2025 at 4:30 p.m. is CANCELLED.

Signed this 16TH day of June, 2025.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE